| Name | Base | Unpaid Sick Leave *** | Bonus | Benefits + Payroll Tax | Total |
|---|---|---|---|---|---|
| | | | | | |
| **James Harmon** | | | | | |
| 2024* | 100,000 | - | - | *35,000* | *135,000* |
| 2025* | *100,000* | - | - | *35,000* | *135,000* |
| | | | | | |
| **Margaret Engelhardt** | | | | | |
| 2020 | 97,726 | - | 40,000 | 17,657 | 155,383 |
| 2021 | 111,589 | - | 30,000 | 19,758 | 161,347 |
| 2022 | 111,589 | - | 40,000 | 18,579 | 170,168 |
| 2023 | 147,000 | 2,827 | 56,000 | 63,180 | 269,007 |
| 2024* | 179,760 | - | *60,000* | *63,180* | *302,940* |
| 2025* | *188,748* | - | *60,000* | *63,180* | *311,928* |
| | | | | | |
| **Fiona Mora** | | | | | |
| 2018 | 43,121 | - | 5,000 | 5,686 | 53,807 |
| 2019 | 46,805 | - | 20,000 | 7,052 | 73,857 |
| 2020 | 81,573 | 856 | 20,000 | 30,605 | 133,034 |
| 2021 | 89,859 | 1,284 | 32,000 | 48,337 | 171,480 |
| 2022 | 130,000 | 2,500 | 40,000 | 54,535 | 227,035 |
| 2023 | 138,000 | 2,654 | 40,000 | 64,107 | 244,761 |
| 2024* | 151,800 | - | *45,000* | *64,107* | *260,907* |
| 2025* | *159,390* | - | *45,000* | *64,107* | *268,497* |
| | | | | | |
| **Total** | | | | | |
| 2018 | 43,121 | - | 5,000 | 5,686 | 53,807 |
| 2019 | 46,805 | - | 20,000 | 7,052 | 73,857 |
| 2020 | 179,299 | 856 | 60,000 | 48,262 | 288,417 |
| 2021 | 201,448 | 1,284 | 62,000 | 68,095 | 332,827 |
| 2022 | 241,589 | 2,500 | 80,000 | 73,114 | 397,203 |
| 2023 | 285,000 | 5,481 | 96,000 | 127,287 | 513,768 |
| 2024* | 431,560 | - | *105,000* | *162,287* | *698,847* |
| 2025* | *448,138* | - | *105,000* | *162,287* | *715,425* |
| Total | *1,876,960* | 10,121 | *533,000* | *654,070* | *3,074,151* |

2024* - Estimated 2024 Bonus, Benefits Cost, and Payroll Taxes

2025* - Estimated 2025 Base Salary, Bonus, Benefits Cost, and Payroll Taxes

***Note for all employees unpaid sick days were paid out. 2023 was the last year this was in effect. This is included in Base comp column.