EAEF
EGYPTIAN - AMERICAN ENTERPRISE FUND

TO: James Harmon, Chairman
Hythem El-Nazer, Vice Chairman

From: Margaret Engelhardt
Chief of Staff

RE: 888 Seventh Avenue

DATE: August 19, 2022

---

For background, Caravel Management ("Caravel") is the current primary tenant of 888 Seventh Avenue, 16th floor, New York, NY 10106. Caravel has a sublease agreement with the Egyptian-American Enterprise Fund ("EAEF") and Artemis Real Estate Partners ("Artemis"). The Caravel lease expires on August 31, 2022. Caravel's space needs have changed over the past five years, resulting in the need to downsize its office space. Therefore, Caravel decided to not renew its lease.

Deborah Harmon is Co-Founder and Co-CEO of Artemis and Jim Harmon's daughter. Artemis has significantly grown its business over the past five years and has executed a lease agreement with Vornado Realty to lease space on the 30th Floor of 888 Seventh Avenue. They have asked the EAEF to enter a three-year sublease agreement to take 30% of their new office space. The EAEF has accepted their offer but has not signed an agreement pending EAEF board approval. The lease term is three years (September 1, 2022 to August 31, 2025).

EAEF's base rent will be approximately $22,000/month. They currently pay a flat rent of $12,000/month. However, EAEF will enter its own sublease agreement with Caravel. Caravel will pay a fixed rent $7,000/month, resulting in a net rent of approximately $15,000/month for EAEF. Caravel reserves the right to exit the lease after one year.

For your review, attached please find a copy of Artemis' lease with 888 Seventh Avenue and the final draft sublease agreement and floor plan showing EAEF offices. In addition, Artemis did an extensive search for office space in mid-town NYC. Attached please find the comps they provided. Please note that there were other offices that would have cost less than 888 Seventh Avenue, but the consensus was that our location is preferable for employees and clients to access.

If you have questions, please let me know.

Approved by:

James Harmon, Chairman

Hythem El-Nazer, Vice Chairman