**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA *ex rel.*
537 HOLDINGS LLC.,

Plaintiff,

v.

CARAVEL MANAGEMENT LLC, *et al.*,

Defendants.

**FILED UNDER SEAL**

25 Civ. 0067 (LJL)

**THE UNITED STATES' NOTICE OF DECISION TO DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America (the "Government"), by its undersigned attorney, hereby respectfully notifies the Court of its decision not to intervene in the above-captioned *qui tam* action.

Although the Government declines to intervene in this action, the Government respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain his action in the name of the Government, provided, however, that the complaint "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the Government respectfully requests that in the event that the relator seeks to dismiss, settle, or otherwise discontinue this action, the Court shall require the relator to solicit the written consent of the Government before applying for Court approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the Government requests that all pleadings and briefs filed in this matter be served upon the Government. The Government also requests that the Court direct the relator's counsel to serve on the Government any orders issued by the Court. The Government reserves its right to order the transcript of any depositions taken

with respect to the allegations in the relator's complaint. The Government also reserves its right to intervene with respect to the allegations in the relator's *qui tam* complaint, for good cause, at a later date, and to seek the dismissal of the relator's action under 31 U.S.C. §§ 3730(c)(2)(A) or 3730(e)(4).

The Government also requests that the Government be served with any notices of appeal.

A proposed order accompanies this notice.

Dated: New York, New York
April 14, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: *\/s/ Charles S. Jacob*
CHARLES S. JACOB
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Telephone: 212-637-2725
charles.jacob@usdoj.gov